**Opinion issued August 6, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00601-CV

———————————

## IN RE SERGY V. LEMESHKO, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

By petition for writ of mandamus, Sergy Lemeshko challenges the trial court's order requiring him to pay interim attorney's fees on Elizabeth Anne

Thomas's behalf in the underlying suit to modify the parent-child relationship.[1] We deny the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Jennings, Huddle, and Brown.

---

[1] The underlying case is *In the Interest of J.S.L., A Child*, No. 2008-03762 in the 310th District Court of Harris County, Texas, the Honorable Lisa Millard presiding.